IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD ROSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 23-0019-MU ) |
| MARTIN O'MALLEY, Commissioner of Social Security,[1] | ) ) ) ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **28th** day of **March, 2024**.

                                           s/P. BRADLEY MURRAY
                                           **UNITED STATES MAGISTRATE JUDGE**

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Martin O'Malley is substituted in lieu of Kilolo Kijakazi as the defendant in this action.